

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Lon Alsup
Executive Secretary-Director
State Commission for the Blind
Land Office
Austin, Texas

Dear Mr. Alsup:

Opinion No. 0-5545

Re: Whether or not Item 1 through Item 17a in the appropriation for the State Commission for the Blind, as passed by the 48th Legislature may be used for any purpose other than as set out in the Appropriation Bill.

Your request for an opinion upon the above subject-matter is as follows:

"Please advise this department whether Item 1 through Item 17a in the appropriation for the State Commission for the Blind as passed by the regular session of the 48th Legislature, may be used for any purpose other than as set out in the appropriation bill. This opinion is needed to satisfy the federal government with reference to recent legislation passed by the national Congress."

Senate Bill No. 332, Chapter 400, 48th Legislature, Regular Session -- the General Appropriations Act for the Executive and Administrative departments -- Items 1 to 17a, inclusive, with respect to purpose is as follows:

Honorable Lon Alsup - page 2

| | | Beginning September 1, 1943 | Ending August 31, 1945 |
|---|---|---|---|
| | SALARIES: | | |
| *1. | Executive Secretary-Director | $ 2,400.00 | $ |
| 2. | Secretary to Executive Secretary-Director......... | 1,800.00 | |
| 3. | Statistician-Bookkeeper...... | 1,620.00 | |
| 4. | File and Record Clerk....... | 1,350.00 | |
| 5. | Placement Agent.............. | 1,500.00 | |
| 6. | Placement Agent.............. | 2,100.00 | |
| 7. | Supervisor of Industries and Home Teachers and Interviewer | 1,500.00 | |
| 8. | Eye Medical Social Worker... | 1,800.00 | |
| 9. | Lighthouse Supervisor........ | 1,200.00 | |
| 10. | Lighthouse Supervisor........ | 1,200.00 | |
| 11. | Lighthouse Supervisor........ | 1,200.00 | |
| 11a. | Lighthouse Supervisor........ | 1,200.00 | |
| 12. | Lighthouse Supervisor........ | 1,200.00 | |
| 12a. | Lighthouse Supervisor........ | 1,200.00 | |
| 13. | Home Teacher................. | 1,200.00 | |
| 14. | Home Teacher................. | 1,200.00 | |
| 15. | Home Teacher................. | 1,200.00 | |
| 16. | Home Teacher................. | 1,200.00 | |
| 16a. | Home Teacher................. | 1,800.00 | |
| 17. | Home Teacher................. | 1,200.00 | |
| 17a. | Home Teacher................. | 1,200.00* | |

The Constitution (Article VIII, Sec. 6) declares:

"No money shall be drawn from the Treasury but in pursuance of specific appropriations made by law; * * * ."

This requires specificness as to purpose, and likewise as to amount. The items above quoted are specific, within the contemplation of the Constitution.

It is implicit in this language also, that an appropriation of public money for a specific purpose may not be used -- drawn from the treasury -- for any purpose other than that specified. In other words, a specific appropriation for one purpose is the very opposite of an appropriation for another purpose.

Honorable Lon Alsup - page 3

From these considerations it follows as of course that your question should be answered in the negative, and is accordingly so answered. This is in accord with the decisions of this State and the opinions of this Department.

APPROVEDAUG 27, 1943

ATTORNEY GENERAL OF TEXAS

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Ocie Speer
Assistant

OS-MR

APPRO
OPIN
COMMI
BY
CHAI